IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEJANDRO DOMINGUEZ DELAPENA,<br><br>    Defendant. | 4:22-CR-3144<br><br>ORDER |

The defendant has filed a second motion to extend his date for self-surrender to the Bureau of Prisons, citing an alleged need for more time to finalize tax filings for his business and transfer it to his family. Filing 85. The Court will deny that motion.

The defendant was sentenced on October 25, 2025—almost exactly four months ago—and his self-surrender date has already been extended by an additional two months, to March 5, for the same reasons. *See* filing 83, filing 84. A period of 18½ weeks from sentencing to self-surrender is more than enough time to complete personal business and prepare tax filings. Accordingly,

IT IS ORDERED that the defendant's motion to extend (filing 85) is denied.

Dated this 24th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge